COMPLAINT UNDER U.S.C. CIVIL RIGHTS ACT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH BELANGER #521864
PLAINTIFFS NAME AND I.D. NUMBER

T.D.C.J.-I.D. SMITH UNIT,1313 CR 19,LAMESA,TX.79331
PLACE OF CONFINEMENT

CA 06 303 ML

-VS-

CASE NO.:

Jennifer Rock/Gervias, 11 Niantic Trail
West Greenwich, R.I. 02817
DEFENDANTS NAME AND ADDRESS

Sandra A. Lanni, Esquire, # 2147
33 College Hill Rd, Suite 20D, Warwick, R.I. 02886
DEFENDANTS NAME AND ADDRESS

R.I. Kent County, Family Court (Judge Macktaz)
222 Quaker Lane Warwick, R.I. 02886
DEFENDANTS NAME AND ADDRESS

1. PREVIOUS LAWSUITES: NO
2. PLACE OF CONFINEMENT:T.D.C.J.-I.D.,SMITH UNIT,1313 CR 19,LAMESA,TX.79331
3. EXHAUSTION OF FORMAL RESOLUTION: YES

A) Wrote letter, to court, requesting Continuance, 6-5-06, due to incarceration in Tx. (Mailed out 6-6-06)
B) Sent letter to defendant, through her attorney, and letter to defendants Attorney, stating order was not necessary. 6-22-06
C.) Appealed Courts Ruling. 6-22-06

**4. PARTIES TO THIS SUIT:**

A. JOSEPH BELANGER #521864
(PLAINTIFF)
SMITH UNIT 1313 CR 19 LAMESA,TX.79331
(ADDRESS)

B. DEFENDANT #1 Jennifer Rock / Gervias 11 Niantic Trail, West Greenwich R.I. 02817. This defendant has wrongly accused, lied, filed false complaints, committed perjury, and omitted facts, while swearing under Oath, to information she had Knowledge too. Denying Plaintiff's legal Right to Due Process of Law

DEFENDANT #2 Sandra A. Lanni, Esquire, #2147, 33 College Hill Rd. Suite 20 D, Warwick R.I. 02886. This defendant, in her official capacity, misrepresented and manipulated the judicial process with intent to get a favorable ruling for Jennifer Rock/Gervias, and by denying plaintiff legal Right of Confrontation and Due Process of Law.

DEFENDANT #3 R.I. Kent County, Family Court (Judge Mack tag) this defendant, in its official capacity, by its ruling on June 13, 2006, did change an already pre-existing court order, FC# K96-0808M, without just Cause. Also denied Plaintiff of his legal Right to be heard by Court, Due Process of Law, and Right of Confrontation.

**5. STATEMENT OF CLAIM:**

" See Attachment A"

The defendants have violated the plaintiff's Constitutional Rights With the intention to harm plaintiff by denying his legal right to maintain Contact with his Minor Child, Brey-Leigh Belanger; Which was already adjudicated in 1997 by Judge Thorton, FC# K96-0808M. Based on false Reports, lies fabrications and without just Cause.

6. RELIEF:
That any and all, Kent County Family Court, proceading's on or after June 13, 06 be dismissed and Nullified, and any future hearings, including Petition # KSP-06-000013, scheduled for July 13, 2006 be Continued until after Plaintiff's release, on Parole, in near future. Monetary and Punative damages, to be assesed at later date, and all Court Costs and Attorney fee's.

7. BACKGROUND INFORMATION:
   A. JOSEPH BELANGER
   B. #521864 (T.D.C.J.-I.D.)
      F.B.I.#360047CA8
      N.C.I.C. CODE 22090000

8. SANCTIONS:
   A. NO

EXECUTED ON: 6-26-06
DATE

JOSEPH BELANGER #521864
Joseph Belanger # 521864
(SIGNATURE OF PLAINTIFF)

PLANTIFFS DECLARATIONS
1.I DECLARE UNDER PENALTY OF PERJURY ALL FACTS PRESENTED IN THIS COMPLAINT AND ATTACHMENTS THERETO ARE TRUE AND CORRECT.
2.I UNDERSTAND IF I AM RELEASED OR TRANSFERRED,IT IS MY RESPONSIBILITY TO KEEP THE COURT INFORMED OF MY CURRENT MAILING ADDRESS AND FAILURE TO DO SO MAY RESULT IN THE DISMISSAL OF THIS LAWSUIT.
3.I UNDERSTAND THAT I MUST EXHAUST ALL AVAILABLE REMEDIES PRIOR TO FILING THIS LAWSUIT.
4.I UNDERSTAND I AM PROHIBITED FROM BRINGING AN IN FORMA PAUPERIS LAWSUIT IF I HAVE BROUGHT THREE OR MORE CIVIL ACTIONS IN A COURT OF THE UNITED STATES WHILE INCARCERATED OR DETAINED IN ANY FACILITY,WHICH LAWSUITS ARE DISMISSED ON THE GROUND THEY WERE FRIVOLOUS,MALICIOUS,OR FAILED TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED.

SIGNED THIS 26th (DAY) DAY OF June (MONTH), 2006 (YEAR)

JOSEPH BELANGER #521864
Joseph Belanger #521864
(SIGNATURE OF PLAINTIFF)