"Attachment A"

Joseph Belanger FC.# K96-0808M
-VS-
Jennifer Rock/Gervias

## Appeal and Objection

Now comes the plaintiff, Joseph Belanger, in the above mentioned Cause. Requesting that the Honorable Court dismiss the Protection from abuse order, that was adjudged of June 13th, 2006, by Judge Macktaz. On the grounds: 1) that same allegations, of said order, were dismissed with prejudice, FC# K96-0823A, 1996, in Kent County Court. 2.) The plaintiff was not afforded opportunity to face and question accuser or be heard by Court. 3) The defendant, Jennifer Rock/Gervias, has filed a false complaint, committed perjury, and fabricated allegations with sole intent to harm plaintiff.
The above are all Violations of R.I. General Law, Constitutional Rights of plaintiff, and R.I. and Federal, Rules of Civil Procedure.

I

The protection from abuse order, K96-0808M, issued on June 13th, 2006, violates the plaintiff's legal right from protection from Double Jeopardy. Whereas, the plaintiff had same allegations Dismissed with Prejudice, FC# K96-0823A. In accordance to R.I. General Law and U.S. Constitutional Amendment's 8th and 14th.

II

The plaintiff, Joseph Belanger, requests the court to show Cause for this ruling. When, between the dates, of defendants complaints, Sept. 11, 1996 (K96-0823A) and May 15, 2006 (K96-0808M) has a crime or abuse been committed?

III

The plaintiff was not afforded opportunity to face and question the accuser or be heard in Court. A.) Plaintiff is currently incarcerated at T.D.C.J.-I.D., Smith Unit, Lamesa Tx. and could not attend hearing and did not receive proper notification to make other arrangements or hire Counsel. 1.) Dawson County (Tx.) Sheriff's office received said notification on May 30, 2006. 2.) The plaintiff was served said notification 6-5-06. Thus violating his 6th amendment

Right of Confrontation, 8th and 14th Amendment of Due Process of Law, and R.I. General Law, Rules of Civil Procedure.

IV

On 6-5-06 the plaintiff requested the court to postpone and grant continuance, until his release, on parole, in near future. Mailed out on June 6, 2006.

V

Attorney Sandra A. Lanni, Esquire, # 2147 misrepresented to the court the proximaty of plaintiffs release, and manipulated the judicial process by being fully knowledgable, of the fact, that plaintiff had no possible way to be present at said hearing. With the intent to get a favorable ruling, for defendant, by default. violating the plaintiffs 6th Amendment Right of Confrontation, 8th and 14th Amendments Right to Due Process of Law, and R.I. General Law, Rules of Civil Procedure.

VI

Defendant, Jennifer Rock/Gervais, claims are fabricated and mis-leading. She has lied repeatedly, filed false complaints, and committed perjury with these frivolous unsubstantiated complaints. For all intent and purposes to maliciously and unjustly hurt the plaintiff In violation of constitutional Rights that protect the plaintiff from being falsely accused. In accordance to Constitutional Amendments 8th and 14th, Due Process of Law, and R.I. General Law, Rules of civil procedure.

VII

The plaintiffs criminal record remains exactly the same, as it was, when defendant met, and decided to have relationship with plaintiff, and have minor child, Bray-Leigh Belanger.

VIII

The plaintiff had permision from his parole officer, Lynn Barron, Kent County Parole office, to obtain his hunting license and

accompany his father and family members hunting; which the defendant, conviently, failed to mention, while swearing under Oath, thus committing perjury, while misleading the court.

IX

The plaintiff contends that these accusations, which were already addressed and dismissed by the court FC# K96-0823A, made by defendant, Jennifer Rock/Gervisa, to be completly false and Untrue; Which were made, unjustly and wrongly, to obtain said protection from abuse order under fraudulent pretences. In violation of constitutional protections from being wrongly accused. In accordance to constitutional Amendments 8th and 14th, Due Process of Law, and R.I. General Law, Rules of civil procedure.

I declare under penalty of perjury all facts presented in this appeal/objection and attachments thereto are true and correct.

Signed this 22nd day of June, 2006

JOSEPH BELANGER

Joseph Belanger

c.c. JB/Files
Federal District Court of R.I.

Joseph Belanger
-VS-
Jennifer Gervias

Petition # KSP-06-000013

Dear Clerk,

This is my second request for a continuance regarding the above mentioned cause. I contest the termination of my parental Rights, to minor child, Brey-Leigh Belanger. The hearing set for July 13, 2006 needs to be postponed until my release, on parole, from T.D.C.J.-I.D., Smith Unit, Lamesa Tx. Any further action taken by this court regarding minor child, Brey-Leigh Belanger, will be in Violation of our constitutional Rights, protecting parent-child relationships. In accordance to R.I. General Law, R.I. and Federal Family Court Statutes, 6th Amendment Right to face accuse and be heard by court, and 8th and 14th Amendments, Right to Due Process of Law.

Any questions regarding my release can be directed to R.I. interstate Compact office or Texas Board of Pardons and Paroles.

Thankyou for your time and consideration.

Respectfully,

Joseph Belanger

c.c. JB/Files
Federal District court of R.I.