FEDERAL DISTRICT COURT OF R.I.

JOSEPH BELANGER #521864
(PLAINTIFF)

CASE NO: CA 06 303 ML

-VS-

Jennifer Rock/Gervais
(DEFENDANT)

Sandra A. Lanni, Esquire, #2147
(DEFENDANT)

RI, Kent County, Family Court (Judge Macktaz)
(DEFENDANT)

MOTION AND WRIT FOR HABIUS CORPUS

NOW COMES THE PLAINTIFF, JOSEPH BELANGER, IN THE ABOVE MENTIONED CAUSE, REQUESTING THAT THE HONORABLE COURT ADJUDGE AND ORDER THAT THE PLAINTIFF BE BENCH WARRANTED TO THE STATE OF RHODE ISLAND, TO BE ABLE TO PROCEED WITH THIS CIVIL ACTION. IN ACCORDANCE TO FEDERAL RULES OF CIVIL PROCEDURE.

ADJUDGED AND ORDERED

APPROVED: ______________________
(JUSTICE FEDERAL COURT)

ENTERED: ______________________
(CLERK OF DISTRICT COURT)

PRESENTED BY: JOSEPH BELANGER #521864

Joseph Belanger #521864
(SIGNATURE)