FEDERAL DISTRICT COURT OF R.I.

JOSEPH BELANGER #521864
(PLANTIFF)

CASE NO: CA 06 303ML

-VS-

Jennifer Rock/Gervias
(DEFENDANT)

Sandra A. Lanni, Esquire, #2147
(DEFENDANT)

R.I., Kent County, Family Court (Judge Macbeth)
(DEFENDANT)

MOTION FOR IN PAUPERIS FILING

NOW COME THE PLAINTIFF,JOSEPH BELANGER,IN THE ABOVE MENTIONED CAUSE.REQUESTING THAT THE HONORABLE COURT APPROVE AND ADJUDGE THE WAIVER OF FILING FEE,AND ANY AND ALL COSTS,DUE TO THE FACT THAT PLAINTIFF IS CURRENTLY INCARCERATED,AT T.D.C.J-I.D. AND HAS NO INCOME,OR SAVINGS,THUS IS INDIGENT.

ADJUDGED AND ORDERED

APPROVED: ______________________
JUSTICE FEDERAL COURT

ENTERED: ______________________
CLERK OF FEDERAL DISTRICT COURT

PRESENTED BY: JOSEPH BELANGER #521864

Joseph Belanger #521864
(SIGNATURE)