UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH BELANGER

vs. C.A. NO. 06-303ML

SANDRA LANNI, ESQ., et al

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi

Mary M. Lisi
U.S. District Judge
July 12, 2006

Entered as an Order of this Court on July 12, 2006.

Barbara Barletta

Deputy Clerk