UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH BELANGER

v.                                                              C.A. No. 06-303 T

SANDRA A. LANNI, ESQ., et al.

## MEMORANDUM AND ORDER

Plaintiff, *pro se*, an inmate confined in Texas, has filed a Complaint together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statements for the six month period immediately preceding the filing of his complaint on July 3, 2006. See 28 U.S.C. § 1915(a)(2). Accordingly, plaintiff's motion is **denied, without prejudice.**

Plaintiff may re-file the motion and submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, or from **January 5, 2006 to July 5, 2006. Said copy must show the credit to, and the monthly balances therein.**

IT IS SO ORDERED.

_____
Jacob Hagopian
Senior United States Magistrate Judge
July 25, 2006