**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOSEPH BELANGER**

**v.** **C.A. No. 06- 303 T**

**SANDRA A. LANNI, ESQ., et al.**

**MEMORANDUM AND ORDER**

Plaintiff, *pro se,* an inmate confined in Texas, has filed a Complaint together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statements for the six month period immediately preceding the filing of his complaint on July 3, 2006. See 28 U.S.C. § 1915(a)(2). Accordingly, plaintiff's motion is **denied, without prejudice.**

Plaintiff may re-file the motion and submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, or from **January 5, 2006 to July 5, 2006. Said copy must show the credit to, and the monthly balances therein.**

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
July 25, 2006