FEDERAL DISTRICT COURT OF R.I.

JOSEPH BELANGER #521864
(PLAINTIFF)

CASE NO: CA 06 303 ML

-VS-

Jennifer Rock/Gervias
(DEFENDANT)

Sandra A. Lanni, Esquire, #2147
(DEFENDANT)

RI, Kent County, Family Court (Judge McAtey)
(DEFENDANT)

MOTION AND WRIT FOR HABIUS CORPUS

NOW COMES THE PLAINTIFF,JOSEPH BELANGER,IN THE ABOVE MENTIONED CAUSE,REQUESTING THAT THE HONORABLE COURT ADJUDGE AND ORDER THAT THE PLAINTIFF BE BENCH WARRANTED TO THE STATE OF RHODE ISLAND, TO BE ABLE TO PROCEED WITH THIS CIVIL ACTION.IN ACCORDANCE TO FEDERAL RULES OF CIVIL PROCEDURE.

ADJUDGED AND ORDERED

APPROVED: ______________________
(JUSTICE FEDERAL COURT)

ENTERED: ______________________
(CLERK OF DISTRICT COURT)

PRESENTED BY:JOSEPH BELANGER #521864

Joseph Belanger #521864
(SIGNATURE)

ORDER

DENIED. No basis exists to issue the writ for habeas corpus ad testificandum. No hearings are scheduled in the matter that require the testimony of the plaintiff.

[signature]

Jacob Hagopian
Senior U.S. Magistrate Judge
July 31, 2006

Referred to U.S.M.J. Hagopian
☒ for fi[illegible] & recommendations
☐ for d[illegible]ion
☐ ______________________
Ern[illegible], Chief Judge
Date: 7/21/06