**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOSEPH BELANGER**

**v.** **C.A. No. 06 - 303 T**

**SANDRA A. LANNI, ESQ.**, et al.

**ORDER**

Plaintiff Joseph Belanger filed a Complaint in the above captioned case on July 3, 2006 together with a request to proceed *in forma pauperis*. The plaintiff, however, failed to submit a certified copy of his prison trust account statement as required by 28 U.S.C. § 1915(a)(2) in support of his motion to proceed *in forma pauperis*. The motion to proceed *in forma pauperis* was denied without prejudice, and the Court invited him to re-file the motion with the appropriate paperwork. To the date of this Order, plaintiff has not re-filed the motion, nor has he paid the initial filing fee of $350.00.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall pay the initial filing fee of $350.00, or re- file the motion to proceed *in forma pauperis* with the appropriate paperwork, within twenty days of the date of this Order.

Failure to comply with this Order will result in a dismissal of this action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 9-5-06